IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREIDA PRIES,

    Plaintiff,                                  No. C 05-01431 NJV

    v.

JOANN BARNHART                           **ORDER TO SHOW CAUSE**
Commissioner of Social Security,

    Defendant.
_____/

    On April 7, 2005, Plaintiff, Freida Pries, filed the above-captioned action seeking review of a decision by the Secretary of Health and Human Services denying her Social Security payments.  On August 29, 2005 Defendant filed and served an answer to Plaintiff's complaint.  Under Civil Local Rule 16-5, Plaintiff must file a motion for summary judgment within 30 days of service of  Defendant's answer; however, Plaintiff has not filed any such motion.  Accordingly, the Court hereby ORDERS Plaintiff to show cause why her complaint should not be dismissed for failure to prosecute.  No later than May 30, 2006, Plaintiff shall file a declaration attesting under penalty of perjury why she failed to comply with Civil Local Rule 16-5, and the Court shall hold a hearing on the matter on June 6, 2006 at 1:00 p.m. in Courtroom 205a, 514 H Street, Eureka, California.  Defendant may appear by telephone.

    **IT IS SO ORDERED.**

Dated: 5/17/06

_____
NANDOR J. VADAS
UNITED MAGISTRATE  JUDGE