```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREIDA PRIES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO.  05-01431 NJV<br><br>NOTICE OF NON-OPPOSITION TO PLAINTIFF'S REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REQUEST TO VACATE STATUS CONFERENCE; [~~PROPOSED~~] ORDER<br><br>Hearing: June 6, 2006<br>Time: 1:00 p.m. |

　　　1.　Pursuant to Plaintiff's response to the Court's Order to Show Cause and Local Rule 16-5, Defendant hereby notifies the Court that the Defendant is not opposed to the to Plaintiff filing her Motion for Summary Judgment on or before June 16, 2006.

　　　2.　In light of Defendant's non-opposition and because there has been a Procedural Order For Social Security Review Actions issued in this case (which suggests that Social Security Appeals proceed in court without oral argument), Defendant requests that the telephonic status conference scheduled for June 6, 2006

///
///
///
///
///

at 1:00 p.m. be vacated.

                                       Respectfully submitted,

                                       KEVIN V. RYAN
                                       United States Attorney

Dated: June 1, 2006                  By:     /s/
                                       SARA WINSLOW
                                       Assistant United States Attorney

[PROPOSED] ORDER

       The telephonic status conference scheduled for June 6, 2006 at 1:00 p.m. is hereby vacated, and Plaintiff is ordered to file her Motion for Summary Judgment on or before June 16, 2006.

       IT IS SO ORDERED.

Dated: 6/5/06                                       _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge