| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FREIDA PRIES, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-01431 NJV |
| v. | ) | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on July 17, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on August 16, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Theophous H. Reagans..

This is defendant's first request.

Dated: July 13, 2006
                        /s/
                      KENNETH J. COLLINS
                      Attorney for Plaintiff

                      KEVIN V. RYAN
                      United States Attorney

Dated: July 17, 2006    By:    /s/
                      SARA WINSLOW
                      Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 7/17/06
                      NANDOR J. VADAS
                      United States Magistrate Judge

```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREIDA PRIES,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. C-05-01431 NJV<br><br>DECLARATION OF THEOPHOUS H. REAGANS IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Theophous H. Reagans, declare and state as follows:

       1.     I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

       2.     I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

///

///

///

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on July 12, 2006.

3

4                                    By              /s/

5                                         THEOPHOUS H. REAGANS

6                                         Assistant Regional Counsel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28